IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| JACKSON | : | 02-1419 |
| CARRILLO | : | 02-1430 |
| PIEGA | : | 02-1436 |
| MORENO | : | 02-1440 |
| LAENO | : | 02-1546 |
| PITTERS | : | 02-1568 |
| TOLER | : | 02-1607 |
| CALLISON | : | 02-1634 |
| RITCHHART | : | 02-1649 |
| MELLING | : | 02-1784 |
| GARVER | : | 02-1799 |
| MCILROY | : | 02-1939 |
| MERCADO | : | 02-1977 |
| MOORE | : | 02-2008 |
| FUCCI | : | 02-2020 |
| HENNING | : | 02-2056 |
| MYLER | : | 02-2310 |
| STEPHENSON | : | 02-2321 |
| CHRISTENSON | : | 02-2369 |
| KRIER | : | 02-2439 |
| EVANS | : | 02-2459 |
| JAHAHN | : | 02-2480 |
| VOYTEN | : | 02-2532 |
| COTTON | : | 02-2583 |
| SIRKIN | : | 02-2584 |
| JAMIL | : | 02-3035 |
| CHAPEL | : | 02-3056 |
| STRAWN | : | 02-3081 |
| SCHWARTZ | : | 02-3097 |
| FIELD | : | 02-3111 |
| FIRESTONE | : | 02-3120 |
| MOUNCE | : | 02-3126 |
| KAUNG | : | 02-3140 |
| BURNS, *et al.* | : | 02-3254 |
| BENZICK, *et al.* | : | 02-3260 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

   **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [    ]    -    Order staying these proceedings pending disposition of a related action.

  [    ]    -    Order staying these proceedings pending determination of arbitration proceedings.

  [    ]    -    Interlocutory appeal filed.

  [ X ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

  **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

  **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

              **BY THE COURT:**


              _____
              **John R. Padova, Judge**